# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| HDS ARCHITECTURE, INC., | ) | CASE NO. 1:17 CV 1843 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| vs. | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| HDS ARCHITECTURE, INC., | ) | |
| f.k.a. Herman, Gibans, Fodor, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

Shortly after reviewing the complaint, the Court held a teleconference with counsel during which the Court actively engaged the parties in settlement negotiations. (See Minutes of Proceedings dated 10/4/2017.) The Court followed up with teleconferences with counsel and clients on December 11, 2017, December 15, 2017 and December 21, 2017. Counsel contacted the Court late in the day on December 21, 2017 to advise that the parties have settled the case. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

                                                  /s/ Dan A. Polster   December 22, 2017
                                                 **Dan Aaron Polster**
                                                 **United States District Judge**